UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of L.C. | ) |
| | ) |
| SEBASTIAN CORREA MORALES | )  Case No. 1:24-cv-07951 |
| | ) |
| Petitioner, | )  STIPULATED SCHEDULING |
| | )  ORDER |
| vs. | ) |
| | ) |
| JULIANA ESCOBAR RESTREPO, | ) |
| | ) |
| Respondent. | ) |

**The Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980; International Child Abduction Remedies Act, 22 U.S.C. 9001 <u>et seq.</u>**

Before the Court is the Verified Petition for the Return of the Child to Colombia (the "Petition") filed by the Petitioner, Sebastian Correa Morales (the "Petitioner"), against the Respondent, Juliana Escobar Restrepo (the "Respondent") pursuant to The Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act ("ICARA") [ECF No. 1]. Upon the consent of both parties, as evidenced by the signatures of their respective counsel below, it is hereby:

1. **ORDERED,** that the parties shall serve their Initial Disclosures pursuant to Federal Rules of Civil Procedure 26(a)(1) no later than December 26, 2024; and it is further

2. **ORDERED,** that the parties serve limited discovery demands no later than December 28, 2024, with discovery responses no later than January 6, 2025; and it is further

3. **ORDERED,** that the parties shall exchange Initial Expert Disclosures no later than December 28, 2024; and it is further

4. **ORDERED,** that the parties shall provide full and complete Rebuttal Expert Reports no later than January 8, 2025; and it is further

5. **ORDERED,** that the parties shall exchange Proposed Exhibits, Exhibit list and Witness list by January 9, 2025; and it is further

6. **ORDERED,** that the parties shall each file Pretrial Proposed Findings of Fact and Conclusions of Law by January 10, 2025; and it is further

7. **ORDERED,** that the parties shall each submit to the Court their Proposed Exhibits, Exhibit list and Witness list no later than January 10, 2025; and it is further

8. **ORDERED,** that a two-day evidentiary hearing be held on the Petition on January 14 and 15, 2025, January 17 and 21, 2025, or January 21 and 22, 2025.

DATED at __:__ this __ day of December, 2024.

BY THE COURT:

_____
Natasha C. Merle
United States District Judge

**SEEN AND APPROVED AS TO FORM AND CONTENT:**

By: /s/ Richard Min
Richard Min
Michael Banuchis
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue, Suite 2821
New York, New York 10170
Telephone: 212-681-6400

By: /s/ Edgar L. Fankbonner
Edgar L. Fankbonner

Facsimile: 212-681-6999
Email: rmin@gkmrlaw.com

*Attorneys for Petitioner*　　　　　　　　　　　　　　　　　　*Attorneys for Respondent*
Sebastian Correa Morales　　　　　　　　　　　　　　　　　Juliana Escobar Restrepo