

**2:41** [Icons]

< 6 [Image] **Sebas** [Icons]

Dec 15, 2023

6:30 PM ✓✓

You will be having almost every weekend in the USA.
6:31 PM

I leave him this weekend and you leave him with me on the 24th and 31st
6:37 PM ✓✓

Deal?
6:37 PM ✓✓

Juli
6:37 PM

What is that?
6:37 PM

How?
6:37 PM

Be reasonable. You'll take him with you
6:37 PM

He can spend more time with me
6:37 PM

I don't want to spend the 24th without my son
6:38 PM ✓✓

I didn't want to last year either. But it's a balance
6:55 PM

What is my son doing?
6:55 PM ✓✓

[Icons]

 



**2:36**

[Icons]

< 6 [Image] **Sebas** [Icons]

**Dec 26, 2023**

Good

8:09 PM ✓✓

My mom left with my grandmother for the emergency room in town, I'm waiting to see what happens and I'll let you know.

8:10 PM ✓✓

Ok

8:10 PM

What happened to grandma?

8:12 PM

I'm leaving at 12:30 pm until the next Thursday.

8:13 PM

But I'll tell my mom to watch you until you can pick you up.

8:14 PM

Ok

8:14 PM ✓✓

**Sebas**
I'm leaving at 12:30 pm until the next Thursday.

These things you can let me know in advance. Maybe when I go to visit Liam in the USA that last minute stuff creates a lot of friction.

8:18 PM ✓✓

[Audio] [Image]
0:14 8:25 PM

[Icons]

**12:25** [Icons]

< 5 [Image] **Sebas** [Icons]

**Jan 26, 2024**

9:32 AM ✓✓

This marks a new beginning for Liam and me! I just wanted to thank you for the good times and also for the bad times, as they helped me grow and understand many things! We continue to share a common treasure, and I give you my word that I will take great care of it. I wish you the best and I hope you continue your therapies, as I told you one day I can never wish you anything bad because you are still my son's dad, and you are his example!

9:35 AM ✓✓

I want the best for you. You will always be someone very important in my life. I am so sorry that I hurt you and couldn't give you the best and what you needed. But I am here to support you and to let you know that you can always count on me. I will continue my therapies and learning from my mistakes. You will do very well. But in case for some reason, you don't. You can count on me, both of you, forever.

9:38 AM

Thank you very much!

9:40 AM ✓✓

[Icons]



**1:45** [Icons]

< 6 [Image] **Sebas** [Icons]

Apr 7, 2024

Ok
    9:06 PM

Juli. Going to Europe is practically out of the question. I am organizing more the coming of Liam to Colombia.
My idea is to pick him up between the 17th and 22nd of May and bring him back between the 8th and 13th of June.
    10:49 PM

Later, everything is much more expensive. I guess because of vacations and the America's Cup.
    10:49 PM

Please check this information.
    10:49 PM

And there is something that I could offer you, if you are interested, is that if you come with him, if you have some reason to come for about three weeks, I will pay the tickets for both of you, but I will stay with him.

Or the other would be to go for him and take him. Or at least you could bring him, and I could take him.
    10:50 PM

I need to finalize this as soon as possible to buy the tickets, because the closer to the dates, the more expensive it will be.
    10:51 PM

[Icons]



**12:49** [Icons]

< 6 [Image] **Sebas** [Icons]

(30QAKM) Pre-K - Spanish Dual Language (30QAKMPKSP) for Pre-Kindergarten.
This email confirms that you have accepted your child's offer of placement.
For more information, log in to your MySchools account or contact your child's school directly.
Please contact us if you have any questions.
Yours sincerely,
Student Enrollment Office
Dear Family,
Thank you for responding to your child's Pre-K

This is one of the schools I have liked for Liam
12:23 PM ✓✓

What is my son doing?
12:27 PM ✓✓

**You**
This is one of the schools I have liked for Liam
[Image]
There is not much information on the website
12:27 PM

And it starts in September
12:27 PM

I went on a tour. It looks good
12:28 PM ✓✓

Yes, the school year starts in September
12:28 PM ✓✓

You can also go see it
12:28 PM ✓✓

[Icons]





12:38 [Icons]

< 6 [Image] **Sebas** [Icons]

Thu, Jun 20

Yes, at night
12:47 PM ✓✓

I am going to enroll him in Promise Christian Academy.
12:47 PM ✓✓

I liked it the most
12:47 PM ✓✓

Promise Christian Academy/ Full Gospel Christian School
4.8★★★★★ (28)
Middle school [Icon]

Directions Call Save Sh.

[Images]

OVERVIEW REVIEWS PHOTOS UPDATES ABC

This one?
1:51 PM

Yes
1:57 PM ✓✓

My cousin Diego's children studied there, and he told me it was very good, I went there for a tour and it is very nice.
1:58 PM ✓✓

[Icons]