UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

*In the Matter of L.C.*

SEBASTIAN CORREA MORALES,

        *Petitioner*,

– against –

JULIANA ESCOBAR RESTREPO,

        *Respondent*.

**AMENDED SCHEDULING ORDER**
24-cv-07951 (NCM) (TAM)

---

**NATASHA C. MERLE**, United States District Judge:

Before the Court is petitioner's Verified Petition for the Return of Child to Colombia (the "Petition") against respondent pursuant to The Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act ("ICARA"). ECF No. 1. At the parties' request, the Court granted the parties' stipulated proposed joint pretrial schedule, ECF No. 13, with certain modifications. ECF Order dated Dec. 23, 2024. At the parties' further joint request, ECF No. 15, the Court modified the pretrial schedule, including by rescheduling the evidentiary hearing. ECF Order dated Jan. 2, 2025. The parties now jointly request additional modifications to the schedule, including the hearing date. ECF Nos. 17, 18, 21. The Court **GRANTS** the parties' stipulated amended schedule, ECF No. 21-1, as modified below:

The evidentiary hearing currently scheduled for February 5 and 6, 2025, is postponed and shall be rescheduled by further court order to a date to be determined on consent of the parties and convenient to the Court during February 2025.

1

The parties shall file responses to the motions *in limine*, ECF Nos. 19, 20, no later than January 13, 2025.

The parties shall exchange Proposed Exhibits, Exhibit Lists and Witness Lists no later than January 20, 2025.

The parties shall each file Proposed Exhibit Lists and Witness Lists no later than January 23, 2025.

The parties shall each file Proposed Findings of Fact and Conclusions of Law, as well as Pretrial Briefs not to exceed five (5) pages, addressing the legal issues before the Court and outlining their anticipated witness testimony and evidence, by January 31, 2025.

The parties shall each submit PDF files of each Proposed Exhibit by email to Chambers by January 31, 2025, in accordance with the Court's Individual Practice Rule IV.B.3.

The parties shall each submit by hand to the Court hard copies of their Proposed Exhibits on the Friday before trial, in accordance with the Court's Individual Practice Rule IV.B.3.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　 /s/ *Natasha C. Merle*
　　　　　　　　　　　　　　　　　　　　　　NATASHA C. MERLE
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated:　　　January 10, 2025
　　　　　　　Brooklyn, New York