Sebastian Correa Morales
263 Schuyler Avenue Apt 2
Kearney New Jersey 07032
973-392-8224

**RECEIVED #11**

FEB 15 2024

Superior Court of N.J.
Hudson Central Fee Office

---

SEBASTIAN CORREA MORALES
    Plaintiff,
VS.

JULIANA ESCOBAR RESTREPO
    Defendant.

Superior Court of New Jersey
Chancery Division - Family

HUDSON COUNTY

Docket No.: FM- 09-1330-24

Civil Actions
Complaint for Divorce
Incompatibility of Character
And 18 Months of Separation

---

Plaintiff, Sebastian Correa Morales, residing at: 263 Schuyler Avenue Apt 2 in the Town of Kearney New Jersey 07032. County of Hudson and the State of New Jersey, by way of Complaint says:

1. He was lawfully married to JULIANA ESCOBAR RESTREPO on September 20, 2015, in a Civil Ceremony in the City of Queens, New York.

2. SEBASTIAN CORREA MORALES was a bona fide resident of the State of New Jersey when this cause of action arose and has ever since and for more than one year, next preceding the commencement of this action continued to be such bona fide resident.

3. The defendant now resides at 20-34 146th Street Whitestone New York 11357.

4. The parties separated on or about April 01, 2022, and have ever since said time and for more than 18 consecutive months, sleep in separate room and apart from each other; plus, for 16 consecutive months, we have no sexual relations. SEBASTIAN CORREA MORALES resided at 263 Schuyler Avenue Apt 2, Kearney New Jersey 07032, and JULIANA

1

**ESCOBAR RESTREPO** resided at **20-34 146th Street Whitestone New York 11357.** This separation has continued to the present and no reasonable prospect of reconciliation exists.

5. At the expiration of Sixteen months of such separation, **SEBASTIAN CORREA MORALES,** resided at **263 Schuyler Avenue Apt 2 Kearney New Jersey 07032,** and was a resident there at the time the cause of action for divorce when the grounds of separation arose.

21. There was One Child born of this marriage. Liam Sebastian Correa Escobar, with date of birth of January 30, 2020.

22. There was no real property acquired during the course of this marriage.

23. Plaintiff will seek to resume her maiden name of **Escobar Restrepo** upon the dissolution of this marriage.

24. There were no accounts open in the name of the Plaintiff **SEBASTIAN CORREA MORALES** neither on **JULIANA ESCOBAR RESTREPO**.

25. There have been no previous proceedings between the **SEBASTIAN CORREA MORALES** and **JULIANA ESCOBAR RESTREPO** respecting the marriage or its dissolution.

**WHEREFORE, SEBASTIAN CORREA MORALES** demands judgment:

  A) Dissolving the marriage between the parties pursuant to N.J.S.A. 2A:34-2;
  B) For joint legal custody and shared physical custody of the minor child born of the marriage pursuant to N.J.S.A. 92-4.
  C) The Defendant will keep the Residential Custody for our minor child.
  D) The Plaintiff will pay for child support the amount of $1.210.00 weekly, adjustable to Defendant's income, Defendant presently is not working, plus she will be responsible to pay half of our minor child's expenses, like extracurricular activities, like soccer, Plaintiff will have the right to claim the child exemption every year in his income tax since the Defendant is not working, but at the time Defendant start to work, the parties agreed to claim the child exemption every other year for each party

E) For such further relief as the Court may deem equitable and just.

Dated: 02/07/24                    Signature: _____
                                               (Sebastian Correa Morales)
                                                        Plaintiff

3