UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SEBASTIAN CORREA MORALES,<br>*Petitioner,*<br><br>-against-<br><br>JULIANA ESCOBAR RESTREPO,<br>*Respondent.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Hon. Natasha C. Merle<br><br>Civ. No. 24-7951<br><br>RESPONDENT'S LIST OF PROPOSED TRIAL EXHIBITS |

Juliana Escobar Restrepo ("Respondent"), by and through her attorneys, respectfully submits the following List of Proposed Trial Exhibits:

| Number | Respondent's Exhibits | Stipulation | Objections |
|---|---|---|---|
| 1 | Verified Complaint for Divorce in New Jersey Matter of *Correa Morales v. Escobar Restrepo* | | |
| 2 | Photographs of L.C. in United States | | Cumulative; Relevance |
| 3 | Letter and Report, Promise Christian Hearsay; Relevance Academy re. L.C. | | Hearsay; Relevance; Unclear who the recipient is, as the letter begins with "To Whom It May Concern." |
| 4 | Physician's Billing Statement re. L.C. | | Relevance. |
| 5 | New York City Dep't of Health and Mental Hygiene Document Re. L.C. | | Completeness; Relevance. |
| 6 | New York Police Dep't Domestic Incident Report | | Hearsay; Relevance |
| 7 | U.S. Dep't of State Request for Entry into Children's Passport Issuance Alert Program | | Relevance. |
| 8 | Text Communications Between Parties 10/06/2023 | | Hearsay; Authentication (improper translation) |
| 9 | Text Communications Between Parties 11/15/2023 | | Hearsay; Authentication (improper translation) |

| | | | |
|---|---|---|---|
| 10 | Text Communications Between Parties 11/16/2023 | | Hearsay; Relevance; Authentication (improper translation) |
| 11 | Text Communications Between Parties 11/22/2023 | | Hearsay; Authentication (improper translation) |
| 11-a | Voice-Message of Petitioner to Respondent, 11/22/2023 (audio recording) | | Hearsay; Authentication (improper translation) |
| 11-b | Voice-Message of Petitioner to Respondent, 11/22/2023 (audio recording) | | Hearsay; Authentication (improper translation) |
| 11-c | Voice-Message of Petitioner to Respondent, 11/22/2023 (audio recording) | | Hearsay; Authentication (improper translation) |
| 12 | Text Communications Between Parties 11/30/2023 | | Hearsay; Authentication (improper translation) |
| 12-a | Voice-Message of Petitioner to Respondent,11/30/2023 (audio recording) | | Hearsay; Authentication (improper translation) |
| 12-b | Voice-Message of Petitioner to Respondent, 11/30/2023 (audio recording) | | Hearsay; Authentication (improper translation) |
| 13 | Text Communications Between Parties 12/07/2023 | | Hearsay; Authentication (improper translation) |
| 13-a | Voice-Message of Petitioner to Respondent,12/07/2023 (audio recording) | | Hearsay; Relevance; Authentication (improper translation) |
| 14 | Text Communications Between Parties 12/15/2023 | | Hearsay; Relevance; |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Authentication (improper translation) |
| 15 | Text Communications Between Parties 01/05/2024 |  | Hearsay; Relevance; Authentication (improper translation) |
| 16 | Text Communications Between Parties 01/17/2024 |  | Hearsay |
| 17 | Text Communications Between Parties 01/26/2024 |  | Hearsay; Relevance |
| 18 | Text Communications Between Parties 02/18/2024 |  | Hearsay; Relevance |
| 19 | Text Communications Between Parties 03/01/2024 |  | Hearsay; Relevance |
| 20 | Text Communications Between Parties 03/27/2024 |  | Hearsay |
| 21 | Text Communications Between Parties 04/07/2024 |  | Hearsay; Relevance |
| 22 | Text Communications Between Parties 04/10/2024 |  | Hearsay; Completeness; Relevance |
| 23 | Text Communications Between Parties 05/26/2024 |  | Hearsay |
| 24 | Text Communications Between Parties 05/28/2024 |  | Hearsay; Relevance |
| 25 | Text Communications Between Parties 06/06/2024 |  | Hearsay; Relevance |
| 26 | Text Communications Between Parties unknown date June 2024 12:49 |  | Undated Correspondence; Hearsay |
| 27 | Text Communications Between Parties 06/20/2024 |  | Hearsay |
| 28 | Text Communications Between Parties 06/22/2024 |  | Hearsay; Relevance |
| 29 | Text Communications Between Parties 06/26/2024 |  | Hearsay; Relevance |
| 30 | Text Communications Between Parties 07/05/2024 |  | Hearsay |
| 31 | Text Communications Between Parties 07/12/2024 |  | Hearsay |
| 32 | Text Communications Between Parties 07/17 - 07/18/2024 |  | Hearsay; Relevance |
| 33 | Text Communications Between Parties 07/22/2024 |  | Hearsay; Completeness |

| | | | |
|---|---|---|---|
| 33-a | Voice-Message of Petitioner to Respondent, 07/22/2024 (audio recording) | | Hearsay; Authentication (improper translation) |
| 34 | Text Communications Between Parties 07/24/2024 | | Hearsay; Relevance |
| 35 | Text Communications Between Parties 07/27 - 07/28/2024 | | Hearsay |
| 36 | Text Communications Between Parties 08/01 - 08/02/2024 | | Hearsay; Relevance |
| 37 | Text Communications Between Parties 08/08/2024 | | Hearsay; Relevance |
| 38 | Text Communications Between Parties 08/20 - 08/21/2024 | | Hearsay; Relevance |
| 39 | Text Communications Between Parties 08/22/2024 | | Hearsay; Relevance |
| 40 | Text Communications Between Parties 09/02/2024 | | Hearsay; Relevance |
| 41 | Text Communications Between Parties 09/20 - 09/21/2024 | | Hearsay |
| 42 | Text Communications Between Parties, 07/01/2024 | | Hearsay; Relevance |
| 43 | Petitioner's Response to Respondent's Interrogatories | | |
| 44 | Petitioner's Verification of His Response to Respondent's Interrogatories | | |

Respectfully submitted,

Dated: New York, New York
January 23, 2025

/s/ Edgar Loy Fankbonner
Edgar Loy Fankbonner
Goldberger & Dubin, PC
401 Broadway, Suite 306
New York, New York 10013
Tel.: (212) 431-9380
Mobile: (917) 796-7406
Fax: (212) 966-0588
Email: fankbonner@gmail.com
*Attorneys for Respondent*