**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In the Matter of L.C. | ) |
| | ) |
| SEBASTIAN CORREA MORALES | ) Case No. 1:24-cv-07951 |
| | ) |
| Petitioner, | ) |
| | ) **PETITIONER'S PROPOSED** |
| vs. | ) **EXHIBIT LIST** |
| | ) |
| JULIANA ESCOBAR RESTREPO, | ) |
| | ) |
| Respondent. | ) |
| | ) |

**The Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980; International Child Abduction Remedies Act, 22 U.S.C. 9001 *et seq*.**

Petitioner, Sebastian Correa Morales ("Petitioner"), by and through his undersigned counsel, hereby submits the following Proposed Exhibit List, in connection with the trial scheduled for February 24 and 26, 2025, in the above-captioned matter.

Petitioner reserves all rights to amend and/or supplement this disclosure for any reason, including without limitation, in response to Respondent's Exhibit list and Witness list, to respond to or rebut any argument or factual allegation made by Respondent or her witnesses, to impeach a witness, or to cure an inadvertent omission.

| Number | Document Name | Objection | Date Admitted |
|---|---|---|---|
| P1 | Respondent's Colombian Identification Card | | |
| P2 | Child's Colombian Civil Registry | | |
| P3 | Child's Colombian Passport | | |
| P4 | Photos of Child's Life in Colombia | FRE 401, 402 | |

| | | | |
|---|---|---|---|
| P5 | Registration Form for Child's 2024 Enrollment at Semillitas School in Colombia | FRE 401, 402 | |
| P6 | Child's Health Insurance 2021-2024 in Colombia, dated August 21, 2024 | FRE 401, 402 | |
| P7 | Travel Authorization Form, dated January 23, 2024 | | |
| P8 | Child's Medical Certificate in Colombia, dated January 24, 2024 | FRE 401, 402 | |
| P9 | Return Flight Confirmation for Respondent and Child to Colombia on May 16, 2024 | | |
| P10 | Correspondence between Petitioner and Child's School in Colombia re Payment for January 2024, dated January 9, 2024 | FRE 401, 402, and no notice given | |
| P11 | Correspondence between Parties re Colombian Health Insurance, dated February 6, 2024 | FRE 401, 402, and no notice given | |
| P12 | Audio Recording from Respondent re Insurance in Colombia, dated February 6, 2024 | FRE 401, 402, and no notice given | |
| P13 | Transcript of audio recording of Respondent re insurance in Colombia, dated February 6, 2024 | FRE 401, 402, and no notice given | |
| P14 | Petitioner's Affidavit in Response Filed in Queens Family Court, dated September 4, 2024 | FRE 801-803 Self-serving prior statement | |
| P15 | Petitioner's Attorney Affirmation in Queens Family Court, dated September 5, 2024 | FRE 801-803 self-serving prior statement | |
| P16 | Respondent's Affidavit in Queens Court Custody Proceeding, dated September 9, 2024 | | |
| P17 | Respondent's Reply to Petitioner's Affirmation in Queens Court Custody Proceeding, dated September 9, 2024 | | |

| | | | |
|---|---|---|---|
| P18 | Petitioner's Sur Reply in Queens Family Court Proceeding, dated September 25, 2024 | FRE 801-803 Self-serving prior statement | |
| P19 | New York State Family Court Order of Dismissal, dated September 30, 2024 | Objection raised in MIL | |
| P20 | Respondent's Interrogatories Response | | |
| P21 | Respondent's Request for Admissions Response | | |
| P22 | Respondent's Verification for Interrogatory and Request for Admission Responses | | |

Petitioner reserves the right to supplement the above list with additional exhibits before or during trial, including but not limited to, the right to submit rebuttal evidence as necessary.

Dated: January 23, 2025

Respectfully submitted,

/s/ Richard Min
Richard Min
Michael Banuchis
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue, Suite 2821
New York, New York 10170
Telephone: (212) 681-6400
Fax: (212) 681-6999
rmin@gkmrlaw.com
mbanuchis@gkmrlaw.com

*Of Attorneys for Petitioner,
Sebastian Correa Morales*