

# GREEN KAMINER MIN & ROCKMORE LLP

**Manhattan**
420 Lexington Ave., Ste 2821
New York, New York 10170
T.212.681.6400

**Long Island**
600 Old Country Rd., Ste. 410
Garden City, New York 11530
T. 516.858.2115

---

February 3, 2025

**Via Hand Delivery and ECF**

Honorable Natasha C. Merle
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Email: EMCCRD@cand.uscourts.gov

   *Re*: *Correa Morales v. Escobar Restrepo*
     U.S. District Court Eastern District of New York: *Case No. 1:24-cv-07951-NCM-TAM*

Dear Honorable Judge Merle:

  This firm represents the Petitioner, Sebastian Correa, in the above captioned Hague Convention proceeding. Pursuant to the Individual Practice Rules of this Court, enclosed please find:

1. Two (2) courtesy copies of Petitioner's Pretrial Brief; and
2. Two (2) courtesy copies of Petitioner's Proposed Findings of Fact and Conclusions of Law.

               Truly yours,

               /s/Richard Min
               Richard Min, Esq.
               Green Kaminer Min & Rockmore LLP
               420 Lexington Avenue, Suite 2821
               New York, NY 10170
               (212) 681-6400
               *Attorneys for Petitioner*

cc: All Counsel (by ECF)