UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SEBASTIAN CORREA MORALES, <br> *Petitioner,* <br><br> - against - <br><br> JULIANA ESCOBAR RESTREPO, <br> *Respondent.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civ. No. 24-07951 <br><br> **PARTIES' AMENDED** <br> **JOINT EXHIBIT LIST** |

Pursuant to this Court's order at the Pretrial Conference held before the Hon. Natasha C. Merle on February 12, 2025, the parties, by and through their undersigned counsel, hereby submit the following Joint Exhibit List, in connection with the trial scheduled for February 24 and 26, 2025, in the above-captioned matter.

| Number | Document Name | Stipulated/Objection | Date Admitted |
|---|---|---|---|
| **Petitioner's Exhibits** | | | |
| 1 | Respondent's Colombian Identification Card, issued December 12, 2008 | Stipulated | |
| 2 | Child's Colombian Civil Registry, dated January 6, 2024 | Stipulated | |
| 3 | Child's Colombian Passport, issued January 12, 2024 | Stipulated | |
| 4 | Photos of Child's Life in Colombia | | |
| 5 | Registration Form for Child's 2024 Enrollment at Semillitas School in Colombia | Admissible pursuant to MIL ruling | |

1

| 6 | Child's Health Insurance 2021-2024 in Colombia, dated August 21, 2024 | Admissible pursuant to MIL ruling | |
|---|---|---|---|
| 7 | Travel Authorization Form, dated January 23, 2024 | | |
| 8 | Child's Medical Certificate in Colombia, dated January 24, 2024 | Admissible pursuant to MIL ruling | |
| 9 | Return Flight Confirmation for Respondent and Child to Colombia on May 16, 2024 | | |
| 10 | Correspondence between Petitioner and Child's School in Colombia re Payment for January 2024, dated January 9, 2024 | Admissible pursuant to MIL ruling | |
| 11 | Correspondence between Parties re Colombian Health Insurance, dated February 6, 2024 | Admissible pursuant to MIL ruling | |
| 12 | Audio Recording from Respondent re Insurance in Colombia, dated February 6, 2024 | Admissible pursuant to MIL ruling | |
| 13 | Transcript of audio recording of Respondent re insurance in Colombia, dated February 6, 2024 | Admissible pursuant to MIL ruling | |
| 14 | Petitioner's Affidavit in Response Filed in Queens Family Court, dated September 4, 2024 | Excluded pursuant to MIL ruling | |

| | | | |
|---|---|---|---|
| 15 | Respondent's Affidavit in Queens Court Custody Proceeding, dated September 9, 2024 | Excluded pursuant to MIL ruling | |
| 16 | Respondent's Reply to Petitioner's Affidavit in Queens Court Custody Proceeding, dated September 9, 2024 | Excluded pursuant to MIL ruling | |
| 17 | New York State Family Court Order of Dismissal, dated September 30, 2024 | Excluded pursuant to MIL ruling | |
| 18 | Respondent's Interrogatories Response | Stipulated | |
| 19 | Respondent's Request for Admissions Response | Stipulated | |
| 20 | Respondent's Verification for Interrogatory and Request for Admission Responses | Stipulated | |
| 21 | Child's Health Insurance 2021-2025 in Colombia, dated January 30, 2025 | Admissible pursuant to MIL ruling | |
| **Respondent's Exhibits** | | | |
| A | Verified Complaint for Divorce in New Jersey Matter of *Correa Morales v. Escobar Restrepo* | | |
| B | Photographs of L.C. in United States | Stipulated subject to evidentiary ruling | |

| | | | |
|---|---|---|---|
| C | Letter and Report, Promise Christian Academy re. L.C. | Hearsay; Relevance; Unclear who the recipient is, as the letter begins with "To Whom It May Concern." | |
| D | Physician's Billing Statement re. L.C. | Relevance | |
| E | New York City Dep't of Health and Mental Hygiene Document Re. L.C. | Completeness; Relevance | |
| F | New York Police Dep't Domestic Incident Report | Hearsay; Relevance | |
| G | U.S. Dep't of State Request for Entry into Children's Passport Issuance Alert Program | Relevance | |
| H | Text Communications Between Parties 10/06/2023 | Hearsay | |
| I | Text Communications Between Parties 11/15/2023 | Hearsay | |
| J | Text Communications Between Parties 11/16/2023 | Hearsay; Relevance | |
| K | Text Communications Between Parties 11/22/2023 | Hearsay | |
| L | Voice-Message of Petitioner to Respondent, 11/22/2023 (audio recording) | Hearsay | |

4

| | | | |
|---|---|---|---|
| M | Voice-Message of Petitioner to Respondent, 11/22/2023 (audio recording) | Hearsay | |
| N | Voice-Message of Petitioner to Respondent, 11/22/2023 (audio recording) | Hearsay | |
| O | Text Communications Between Parties 11/30/2023 | Hearsay | |
| P | Voice-Message of Petitioner to Respondent,11/30/2023 (audio recording) | Hearsay | |
| Q | Voice-Message of Petitioner to Respondent, 11/30/2023 (audio recording) | Hearsay | |
| R | Text Communications Between Parties 12/07/2023 | Hearsay | |
| S | Voice-Message of Petitioner to Respondent,12/07/2023 (audio recording) | Hearsay; Relevance | |
| T | Text Communications Between Parties 12/15/2023 | Hearsay; Relevance | |
| U | Text Communications Between Parties 01/05/2024 | Hearsay; Relevance | |
| V | Text Communications Between Parties 01/17/2024 | Hearsay | |

| W  | Text Communications Between Parties 01/26/2024 | Hearsay; Relevance | |
|----|---|---|---|
| X  | Text Communications Between Parties 02/18/2024 | Hearsay; Relevance | |
| Y  | Text Communications Between Parties 03/01/2024 | Hearsay; Relevance | |
| Z  | Text Communications Between Parties 03/27/2024 | Hearsay | |
| AA | Text Communications Between Parties 04/07/2024 | Hearsay; Relevance | |
| BB | Text Communications Between Parties 04/10/2024 | Hearsay; Completeness; Relevance | |
| CC | Text Communications Between Parties 05/26/2024 | Hearsay | |
| DD | Text Communications Between Parties 05/28/2024 | Hearsay; Relevance | |
| EE | Text Communications Between Parties 06/06/2024 | Hearsay; Relevance | |
| FF | Text Communications Between Parties unknown date June 2024 12:49 | Undated Correspondence; Hearsay | |
| GG | Text Communications Between Parties 06/20/2024 | Hearsay | |

6

| | | | |
|---|---|---|---|
| HH | Text Communications Between Parties 06/22/2024 | Hearsay; Relevance | |
| II | Text Communications Between Parties 06/26/2024 | Hearsay; Relevance | |
| JJ | Text Communications Between Parties 07/05/2024 | Hearsay | |
| KK | Text Communications Between Parties 07/12/2024 | Hearsay | |
| LL | Text Communications Between Parties 07/17 - 07/18/2024 | Hearsay; Relevance | |
| MM | Text Communications Between Parties 07/22/2024 | Hearsay; Completeness | |
| NN | Voice-Message of Petitioner to Respondent, 07/22/2024 (audio recording) | Hearsay | |
| OO | Text Communications Between Parties 07/24/2024 | Hearsay; Relevance | |
| PP | Text Communications Between Parties 07/27 - 07/28/2024 | Hearsay | |
| QQ | Text Communications Between Parties 08/01 - 08/02/2024 | Hearsay; Relevance | |
| RR | Text Communications Between Parties 08/08/2024 | Hearsay; Relevance | |

7

| SS | Text Communications Between Parties 08/20 - 08/21/2024 | Hearsay; Relevance | |
|----|---|---|---|
| TT | Text Communications Between Parties 08/22/2024 | Hearsay; Relevance | |
| UU | Text Communications Between Parties 09/02/2024 | Hearsay; Relevance | |
| VV | Text Communications Between Parties 09/20 - 09/21/2024 | Hearsay | |
| WW | Text Communications Between Parties, 07/01/2024 | Hearsay; Relevance | |
| XX | Petitioner's Response to Respondent's Interrogatories | Stipulated | |
| YY | Petitioner's Verification of His Response to Respondent's Interrogatories | Stipulated | |
| ZZ | Text Communications Between Parties 05/15/2024 | Hearsay; Relevance | |

Dated: February 20, 2025

**SEEN AND APPROVED AS TO FORM AND CONTENT:**

by:

/s/ Richard Min
Richard Min
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue, Suite 2821
New York, New York 10170
Telephone: 212-681-6400
Fax: 212-681-6999
Email: rmin@gkmrlaw.com
*Attorneys for Petitioner*

by:

/s/ Edgar L. Fankbonner
Edgar L. Fankbonner
Goldberger & Dubin, PC
401 Broadway, Ste. 306
New York, New York 10013
Telephone: 212-431-9380
Fax: 212-966-0588
Email: fankbonner@gmail.com
*Attorneys for Respondent*