# GREEN KAMINER MIN & ROCKMORE LLP

**Manhattan**
420 Lexington Ave., Ste 2821
New York, New York 10170
T. 212.681.6400

**Long Island**
600 Old Country Rd., Ste. 410
Garden City, New York 11530
T. 516.858.2115

February 21, 2025

**VIA ECF**

Honorable Natasha C. Merle
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Email: Merle_Chambers@nyed.uscourts.gov

    Re:    *Correa Morales v. Escobar Restrepo* – Joint Letter re Witness Schedule
             Case No. 1:24-cv-07951-NCM-TAM

Dear Judge Merle:

    This firm represents the Petitioner in the above captioned Hague Convention proceeding. We write jointly with consent of Respondent's counsel to propose a witness schedule for the evidentiary hearing scheduled for February 24 and 26, 2025, in the above-captioned matter. We believe this will ensure both parties' witnesses are adequately prepared for their testimony.

    Pursuant to this Court's order, dated February 20, 2025 (ECF No. 47), the parties jointly propose the following witness schedule:

| Petitioner/Respondent | Witness Name | Date | Time | Estimated Length of Testimony |
|---|---|---|---|---|
| **February 24, 2025** | | | | |
| Petitioner | Elizabeth Gomez | February 24th | 9:30am | 50 minutes |
| Petitioner | Sebastian Correa | February 24th | 10:20am | 3 hours |
| One hour lunch break | | | | |
| Petitioner | Jenny Gallego | February 24th | 2:30pm | 50 minutes |
| Petitioner | Bibiana Morales | February 24th | 3:20pm | 50 minutes |

| | | | | |
|---|---|---|---|---|
| **Closing Argument** | | | 4:10pm | 20 minutes |

| **February 26, 2025** | | | | |
|---|---|---|---|---|
| Respondent | Juliana Escobar Restrepo | February 26th | 9:30am | 3 hours |
| One hour lunch break | | | | |
| Respondent | Jorge Cadena | February 26th | 1:30pm | 50 minutes |
| Respondent | Maria Ocampo | February 26th | 2:20pm | 30 minutes |
| Respondent | Juan Ocampo | February 26th | 2:50pm | 25 minutes |
| Respondent | Jafet Dominguez | February 26th | 3:15pm | 30 minutes |
| Respondent | Ana Escobar | February 26th | 3:45pm | 25 minutes |
| **Closing Argument** | | | 4:10pm | 20 minutes |

Very truly yours,

/s/Richard Min
Richard Min
*Attorney for Petitioner*

cc:   All Counsel (by ECF)