**GOLDBERGER & DUBIN, P.C.**
ATTORNEYS AT LAW
401 BROADWAY, STE 306, NEW YORK, NY 10013
(212) 431-9380
www.goldbergerdubin.com

PAUL A. GOLDBERGER*
LAWRENCE A. DUBIN*§        * MEMBER OF NY BAR
EDGAR L. FANKBONNER*        § MEMBER OF NJ BAR

February 25, 2025

Hon. Natasha C. Merle
U.S. District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                Re:     *Correa v. Escobar Restrepo*
                         Civ. No. 24-7951 (EDNY)

Dear Judge Merle:

      I represent Juliana Escobar Restrepo, the respondent in the above-referenced action. In accordance with Your Honor's instructions, I am writing to inform the Court that none of Ms. Escobar Restrepo's witnesses will be testifying by affidavit.

                                                       Respectfully submitted,

                                                       /s/ Edgar Loy Fankbonner
                                                       Edgar Loy Fankbonner

CERTIFICATE OF SERVICE

      I certify that I caused a true and correct copy of the foregoing submission to be served upon the following parties by uploading a true and correct copy thereof to the Court's ECF portal:

Camilla Redmond, Esq., Richard Min, Esq., and Michael Banuchis, Esq.
Costal Green Kaminer Min & Rockmore LLP
420 Lexington Ave. Ste. 2821
New York, NY 10170

Dated: New York, New York
       February 25, 2025

/s/ Edgar Loy Fankbonner
Edgar Loy Fankbonner
Goldberger & Dubin, PC
401 Broadway, Suite 306
New York, New York 10013
Tel.: (917) 796-7406
fankbonner@gmail.com
*Attorneys for Respondent*