# GREEN KAMINER MIN & ROCKMORE LLP

**Manhattan**
420 Lexington Ave., Ste 2821
New York, New York 10170
T. 212.681.6400

**Long Island**
600 Old Country Rd., Ste. 410
Garden City, New York 11530
T. 516.858.2115

---

February 25, 2025

**Via ECF**

Honorable Natasha C. Merle
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Email: Merle_Chambers@nyed.uscourts.gov

    *Re*:   *Correa Morales v. Escobar Restrepo* – Testimony via Written Affidavit
             Case No. 1:24-cv-07951-NCM-TAM

Dear Honorable Judge Merle:

    Pursuant to the Court's minute entry dated February 24, 2025, Counsel for Petitioner hereby notifies the Court that Petitioner will not offer any direct examination through written affidavits for any of Petitioner's witnesses. Petitioner will call his last witness, Jenny Gallego, on Wednesday, February 26, 2025, at 9:30am.

                                Truly yours,

                                /s/Richard Min
                              Richard Min, Esq.
                              Green Kaminer Min & Rockmore LLP
                              420 Lexington Avenue, Suite 2821
                              New York, NY 10170
                              (212) 681-6400
                              *Attorneys for Petitioner*

cc:      All Counsel (by ECF)