# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **NEW YORK**

Sebastian Correa Morales

V.

Juliana Escobar Restrepo

## EXHIBIT AND WITNESS LIST

Case Number: CV 24-7951 (NCM)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| District Judge Natasha C. Merle | Richard Min | Edgar Fankbonner |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/24/25 | Linda Marino | Alicia Guy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 2/24/2025 | | | Elizabeth Gomez Gonzales |
| W2 | | | | | Sebastian Correa Morales |
| 2 | | | X | X | Child's Colombian Civil Registry |
| 3 | | | X | X | Child's Colombian Passport |
| 6 | | | X | X | Child's Health Insurance 2021-2024 in Colombia, dated 8/21/24 |
| 21 | | | X | X | Child's Health Insurance 2021-2025 in Colombia, dated 1/30/25 |
| 8 | | | X | X | Child's Medical Certificate in Colombia, dated 1/24/24 |
| 4 | | | X | X | Photos of Child in Colombia |
| 7 | | | X | X | Travel Authorization Form, dated 1/23/24 |
| 9 | | | X | X | Return Flight Confirmation for Respondent and Child to Colombia on 5/16/24 |
| | A | | X | X | Verified Complaint for Divorce in New Jersey |
| W3 | | 2/26/2025 | | | Jenny Gallego Cano |
| | W4 | | | | Juliana Escobar Restrepo |
| | B | | X | X | Photos of LC in the US (admitted as noted on the record) |
| | AA | | X | X | Text communications btw parties 4/7/24 |
| | CC | | X | X | Text communications btw parties 5/26/24 |
| | DD | | X | | Text Communications btw parties 5/28/24 (not admitted) |
| | FF | | X | | Text Communications btw parties 6/24 (not admitted) |
| | GG | | X | | Text Communications btw parties 6/20/24 (1st page only) (not admitted) |
| | JJ | | X | | Text Communications btw parties 7/5/24 (not admitted) |
| | W | | X | | Text Communications btw parties 1/26/24 (not admitted) |
| | L | | X | X | Transcript of Voice Message |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   2   Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Sebastian Correa Morales vs. Juliana Escobar Restrepo — CASE NO. CV 24-7951 (NCM) |
| | M | 2/26/2025 | X | X | Transcript of Voice Message of Petitioner |
| | N | | X | X | Transcript of Voice Message |
| 15 | | | X | | Respondent's Affidavit in Queens Court Custody Proceeding, dated 9/9/24 (not admitted) |
| | O | | X | X | Text Communications btw parties 11/30/23 |
| | TT | | X | X | Text Communications btw parties 8/22/24 |
| | W5 | | | | Jorge Cadena Solano |
| | W6 | | | | Ana Escobar del Carmen Restrepo |
| | W7 | | | | Juan Ocampo |

Page  2  of  2  Pages