# GREEN KAMINER MIN & ROCKMORE LLP

**Manhattan**
420 Lexington Ave., Ste 2821
New York, New York 10170
T.212.681.6400

**Long Island**
600 Old Country Rd., Ste. 410
Garden City, New York 11530
T. 516.858.2115

March 6, 2025

**Via Hand Delivery and ECF**

Honorable Natasha C. Merle
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Email: Merle_Chambers@nyed.uscourts.gov

    Re:    *Correa Morales v. Escobar Restrepo – Courtesy Copies*
             Case No. 1:24-cv-07951-NCM-TAM

Dear Honorable Judge Merle:

    This firm represents Petitioner Sebastian Correa in the above-referenced Hague Convention proceeding. Enclosed herewith please find:

1. Two (2) courtesy copies of Petitioner's Post-Trial Proposed Findings of Fact and Conclusions of Law [Dkt. 56].

    Truly yours,

    /s/Richard Min
    Richard Min, Esq.
    Green Kaminer Min & Rockmore LLP
    420 Lexington Avenue, Suite 2821
    New York, NY 10170
    (212) 681-6400
    *Attorneys for Petitioner*

cc:    All Counsel (by ECF)