UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEBASTIAN CORREA MORALES,

                                                                                                          JUDGMENT

                              Petitioner,

     -against-

JULIANA ESCOBAR RESTREPO,                                      24-CV-7951 (NCM) (TAM)

                              Respondent.
---------------------------------------------------------------X

       A Findings of Fact and Conclusions of Law of the Honorable Natasha C. Merle, United States District Judge, having been filed on March 28, 2025, granting the petition brought under the Hague Convention on the Civil Aspects of International Child Abduction and ordering the return of the child to Colombia; and denying Respondent's counterclaim for attorneys' fees, it is

       ORDERED and ADJUDGED that judgment is hereby entered in favor of Petitioner, and the child is ordered returned to Colombia; and that Respondent's motion for attorneys' fees is denied.

Dated: Brooklyn, New York                                                          Brenna B. Mahoney
       March 31, 2025                                                               Clerk of Court

                                                                                     by:    */s/ Alicia Guy*
                                                                                                 Deputy Clerk