# GREEN KAMINER MIN & ROCKMORE LLP

**Manhattan**
420 Lexington Ave., Ste 2821
New York, New York 10170
T. 212.681.6400

**Long Island**
600 Old Country Rd., Ste. 410
Garden City, New York 11530
T. 516.858.2115

April 7, 2025

**VIA ECF**

Honorable Natasha C. Merle
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Email: Merle_Chambers@nyed.uscourts.gov

    *Re*:    *Correa Morales v. Escobar Restrepo*
             Case No. 1:24-cv-07951-NCM-TAM

Dear Judge Merle:

    On March 28, 2025, this Court issued Findings of Fact and Conclusions of Law granting Petitioner's petition and ordering L.C. (the "Child") be returned to Colombia (the "Order") (ECF No. 62). The Clerk of Court entered judgment in favor of Petitioner on March 31, 2025 (ECF No. 63).

    We write this letter to respectfully request clarification regarding the March 28, 2025 Order, which states that "Each party shall bear its own costs." ECF No. 62.

    The International Child Abduction Remedies Act (ICARA) implements the Hague Convention and provides that: "Any court ordering the return of a child pursuant to an action brought under section 9003 of this title shall order the respondent to pay necessary expenses incurred by or on behalf of the petitioner, including court costs, legal fees, foster home or other care during the course of proceedings in the action, and transportation costs related to the return of the child, unless the respondent establishes that such order would be clearly inappropriate." 22 U.S.C. § 9007(b).

    Pursuant to FRCP 54(d)(2)(A), "[a] claim for attorney's fees and related nontaxable expenses must be made by motion unless the substantive law requires those fees to be proved at trial as an element of damages." Under Rule 54, a motion for attorney's fees must be filed no later than 14 days after the entry of judgment. Since judgment in this case was entered on March 31, 2025, the deadline for Petitioner to file such a motion is April 14, 2025.

    We respectfully request clarification from the Court on whether the order's statement that "[e]ach party shall bear its own costs" also applies to attorney's fees. If so, we intend to request consent from Respondent's counsel for an extension of the deadline until the conclusion of Respondent's appeal.

*Website: www.gkmrlaw.com • Email: info@gkmrlaw.com*

Thank you for your consideration and attention to this matter.

          Very truly yours,

          /s/Richard Min
          Richard Min
          *Attorney for Petitioner*

cc:    All Counsel (by ECF)