# GREEN KAMINER MIN & ROCKMORE LLP

**Manhattan**
420 Lexington Ave., Ste 2821
New York, New York 10170
T.212.681.6400

**Long Island**
600 Old Country Rd., Ste. 410
Garden City, New York 11530
T. 516.858.2115

April 9, 2025

**<u>VIA ECF</u>**

Honorable Natasha C. Merle
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Email: Merle_Chambers@nyed.uscourts.gov

> *Re*:    *Correa Morales v. Escobar Restrepo*
> <u>Case No. 1:24-cv-07951-NCM-TAM</u>

Dear Judge Merle:

I am writing to respectfully bring to the Court's attention a violation of the court order issued on January 17, 2025 (ECF No. 26). The parties previously entered into a consent order that specifically set forth a schedule for Mr. Correa to have daily video calls with L.C. from 7:00 PM to 8:00 PM on weekdays, as well as an additional call on weekends from 10:00 AM to 11:00 AM. The order further specifies that these calls are to occur via the WhatsApp platform.

As of April 3, 2025, Respondent Juliana Escobar Restrepo has failed to comply with the access arrangement outlined in the consent order (ECF No. 26 at 2) by refusing to allow Petitioner to engage in any of the scheduled video calls. Specifically, to this day, the Respondent has ignored all calls placed by the Petitioner during the designated times. A screenshot of the parties' WhatsApp correspondence, which demonstrates the Respondent's non-compliance, is annexed hereto as **Exhibit A.**

Given the foregoing, Petitioner respectfully requests a pre-motion conference to address the issues referenced herein. Thank you for your time and consideration of this matter.

Very truly yours,

/s/Richard Min
Richard Min
*Attorney for Petitioner*

cc:     All Counsel (by ECF)

# EXHIBIT A





